UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOANNE HILL HARDY

      Plaintiff,                        CIVIL ACTION NO. 04 CV 60034

      v.                               DISTRICT JUDGE MARIANNE BATTANI

KIA MOTORS AMERICA, INC        MAGISTRATE JUDGE VIRGINIA MORGAN

      Defendants.
_____/

### **ORDER STRIKING PLAINTIFF'S OBJECTION TO OPINION AND ORDER**

      Before the court is Plaintiff's Objection to Judicial Officer's Opinion and Order. Pursuant to the Notice, Consent and Order of Exercise of Jurisdiction by a United States Magistrate Judge voluntarily consented to by plaintiff on July 12, 2004, an appeal from judgment entered by a Magistrate Judge shall be taken directly to the United States Court of Appeals for this Judicial Circuit in the same manner as an appeal from any other judgement of this district court. Plaintiff's Objection to Judicial Officer's Opinion and Order was filed with the Clerk at the District Court, not at the United States Court of Appeals for this Judicial Circuit which would have jurisdiction. Therefore, it is improper and the clerk IS ORDERED to strike it from the record.

      SO ORDERED.

                                                        s/Virginia M. Morgan
                                                         VIRGINIA M. MORGAN
                                                         UNITED STATES MAGISTRATE JUDGE

Dated: April 21, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOANNE HILL HARDY

        Plaintiff,                CIVIL ACTION NO. 04 CV 60034

    v.                             DISTRICT JUDGE MARIANNE BATTANI

KIA MOTORS AMERICA, INC       MAGISTRATE JUDGE VIRGINIA MORGAN

        Defendants.
_____/

**ORDER STRIKING PLAINTIFF'S OBJECTION TO OPINION AND ORDER**

**Proof of Service**

The undersigned certifies that a copy of the foregoing Order was served on the parties of record by electronic means or U.S. Mail on April 21, 2005.

                s/Jennifer Hernandez
                Case Manager to
                Magistrate Judge Morgan